ORIGINAL

FILED

JUL 2 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Glenn R. Kantor, Esq. State Bar No. 112643
E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
E-Mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
TEL: (818) 886-2525
FAX: (818) 350-6272

Attorneys for Plaintiff,
DOROTHY MCGUIRE

C 07 3466

BZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY MCGUIRE, | CASE NO: |
| Plaintiff, | |
| VS. | NOTICE OF INTERESTED PARTIES |
| CONTINENTAL CASUALTY COMPANY, | |
| Defendants. | |

    The undersigned, counsel of record for Plaintiff DOROTHY MCGUIRE certifies the following listed parties have a direct, pecuniary interest in the outcome of this case.

    These representations are made to enable the Court to evaluate possible disqualification or recusal.

1 | The following is a list of the names of all such parties with their connection and
2 | interest herein:
3 |     1.    Dorothy McGuire
4 |     2.    Continental Casualty Company
5 |
6 | DATED: June 27, 2007                           KANTOR & KANTOR, LLP
7 |
8 |                                                _____
9 |                                                Glenn R. Kantor
                                                   Attorneys for Plaintiff
10|                                                Dorothy McGuire

2