1  Alison V. Lippa, No. 169807,
    alippa@cbmlaw.com
2  Shay Aaron Gilmore, State Bar No. 217196,
    sgilmore@cbmlaw.com
3  **CARROLL, BURDICK & MCDONOUGH LLP**
    Attorneys at Law
4  44 Montgomery St., Suite 400
    San Francisco, CA 94104
5  Telephone:    (415) 989-5900
    Facsimile:    (415) 989-0932
6
    Attorneys for Defendant CONTINENTAL CASUALTY
7  COMPANY

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11 | DOROTHY MCGUIRE,              | No. C 07 3466 BZ
12 |         Plaintiff,            | STIPULATION REGARDING EXTENSION OF
                                     TIME FOR CONTINENTAL CASUALTY
13 |    v.                         | COMPANY'S FIRST RESPONSE TO THE
                                     COMPLAINT
14 | CONTINENTAL CASUALTY
    | COMPANY,
15 |
   |         Defendants.
16

17

18          Pursuant to Local Rule 6-1(a), the parties to this action hereby stipulate as
19  follows:
20          Continental Casualty Company ("Continental") may have a 30-day extension
21  of time in which to file its first response to the complaint in this matter. Continental will
22  therefore file its response to the complaint on or before August 30, 2007.
23

24

25

26

27

28
    CBM-IPG\SF364625.1
    STIPULATION RE EXTENSTION OF TIME FOR CONTINENTAL'S FIRST RESPONSE TO COMPLAINT – CASE No. C 07 3466
    BZ

| | |
|---|---|
| 1 | Dated: July 20, 2007 |

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP


By _____
  Alison V. Lippa
Attorneys for Defendant CONTINENTAL
CASUALTY COMPANY


KANTOR & KANTOR, LLP


By  *Elizabeth Green* (signature)
  Elizabeth Green
Attorneys for Plaintiff DOROTHY MCGUIRE

1  Dated: July 20, 2007

Respectfully submitted,

CARROLL, BURDICK & McDONOUGH LLP

By _____
Alison V. Lippa
Attorneys for Defendant CONTINENTAL CASUALTY COMPANY

KANTOR & KANTOR, LLP

By _____
Elizabeth Green
Attorneys for Plaintiff DOROTHY MCGUIRE