Glenn R. Kantor, Esq. State Bar No. 112643
 E-Mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
 E-Mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
17216 Parthenia Street
Northridge, CA 91325
TEL: (818) 886-2525
FAX: (818) 350-6272

Attorneys for Plaintiff,
DOROTHY MCGUIRE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DOROTHY MCGUIRE,<br><br>　　　Plaintiff,<br><br>VS.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>　　　Defendants. | CASE NO: C 07 3466 BZ<br><br>PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br><br>Complaint filed: July 2, 2007 |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATED:  July 27, 2007                    KANTOR & KANTOR, LLP

                                    BY:  /s/ Elizabeth Green
                                         Elizabeth K. Green
                                         Attorneys for Plaintiff
                                         Dorothy McGuire

1

# PROOF OF SERVICE

STATE OF CALIFORNIA ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 17216 Parthenia Street, Northridge, CA 91325.

On July 27, 2007, I served the foregoing document described as: PLAINTIFF'S CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE in this action by personally serving a true copy thereof addressed as follows:

Alison V. Lippa, No.
Shay Aaron Gilmore
CARROLL, BURDICK & MCDONOUGH LLP
Attorneys at Law
44 Montgomery St., Suite 400
San Francisco, CA 94104

[X]  (BY MAIL) I deposited such envelope in the mail at Northridge, California. The envelope was mailed with postage thereon fully prepaid.

[X]  As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the offices of the addressee.

[ ]  (BY FACSIMILE) I faxed such document to the facsimile number above following regular business practices.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 27, 2007, Northridge, California.

_____
Denise Anderson