```
 1  Alison V. Lippa, No. 169807,
       alippa@cbmlaw.com
 2  Shay Aaron Gilmore, State Bar No. 217196,
       sgilmore@cbmlaw.com
 3  CARROLL, BURDICK & MCDONOUGH LLP
    Attorneys at Law
 4  44 Montgomery St., Suite 400
    San Francisco, CA 94104
 5  Telephone:    (415) 989-5900
    Facsimile:    (415) 989-0932
 6
    Attorneys for Defendant CONTINENTAL CASUALTY
 7  COMPANY
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY MCGUIRE,<br><br>   Plaintiff,<br><br>   v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>   Defendants. | No. C 07 3466 BZ<br><br>**DEFENDANT CONTINENTAL INSURANCE COMPANY'S NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Shay A. Gilmore of Carroll Burdick & McDonough LLP hereby enters his appearance for and on behalf of The Continental Insurance Company, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon him at the following address: Shay A. Gilmore (State Bar No. 217196) is a admitted to practice before the Northern District of California. (sgilmore@cbmlaw.com)

Dated: August 1, 2007,              CARROLL, BURDICK & McDONOUGH LLP

                                     By _____
                                          Shay A. Gilmore
                                     Attorney for The Continental Insurance Company

CBM-IPG\SF366285.1