Alison V. Lippa, No. 169807,
  alippa@cbmlaw.com
Shay Aaron Gilmore, State Bar No. 217196,
  sgilmore@cbmlaw.com
**CARROLL, BURDICK & MCDONOUGH LLP**
Attorneys at Law
44 Montgomery St., Suite 400
San Francisco, CA 94104
Telephone:   (415) 989-5900
Facsimile:   (415) 989-0932

Attorneys for Defendant CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY MCGUIRE,<br><br>   Plaintiff,<br><br> v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>   Defendants. | No. C 07 3466 BZ<br><br>**DEFENDANT CONTINENTAL CASUALTY COMPANY'S NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE THAT Shay A. Gilmore of Carroll Burdick & McDonough LLP hereby enters his appearance for and on behalf of Continental Casualty Company, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon him at the following address: Shay A. Gilmore (State Bar No. 217196) is a admitted to practice before the Northern District of California. (sgilmore@cbmlaw.com)

Dated: August 1, 2007,   CARROLL, BURDICK & McDONOUGH LLP

By _____
   Shay A. Gilmore
   Attorney for Continental Casualty Company

CBM-IPG\SF366285.1