1 | Alison V. Lippa, State Bar No. 169807
  |   alippa@cbmlaw.com
2 | Shay Aaron Gilmore, State Bar No. 217196
  |   sgilmore@cbmlaw.com
3 | **CARROLL, BURDICK & MCDONOUGH LLP**
  | Attorneys at Law
4 | 44 Montgomery St., Suite 400
  | San Francisco, California  94104
5 | Telephone:     (415) 989-5900
  | Facsimile:      (415) 989-0932
6 |
7 | Attorneys for Defendant CONTINENTAL CASUALTY COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DOROTHY MCGUIRE,<br><br>          Plaintiff,<br><br>   v.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>          Defendant. | No. C 07 3466 BZ<br><br>DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 08/08/07

CARROLL, BURDICK & MCDONOUGH LLP

By _____
Shay Aaron Gilmore
Attorneys for Defendant Continental Casualty Company