1  Alison V. Lippa, No. 160807
   Shay Aaron Gilmore, No. 217196
2  **CARROLL, BURDICK & McDONOUGH LLP**
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA  94104
4  Telephone:    415.989.5900
   Facsimile:     415.989.0932
5  Email:          alippa@cbmlaw.com
                  sgilmore@cbmlaw.com
6
   Attorneys for Defendant
7  Continental Casualty Company

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11 | DOROTHY MCGUIRE,              | No. C-07-3466-VRW
12 |         Plaintiff,            | **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**
13 |   v.                          |
14 | CONTINENTAL CASUALTY COMPANY, | Judge Vaughn R. Walker
15 |                               | Complaint filed:  July 2, 2007
   |         Defendant.            | Trial Date:       None set
16

17

18          TO THE COURT CLERK AND ALL PARTIES OF RECORD

19          Pursuant to Civil L.R. 3-16, defendant Continental Casualty Company

20 ("CCC") certifies that the following persons, associations of persons, firms, partnerships,

21 corporations (including parent corporations), or other entities other than the parties

22 themselves known by CCC to have either: (i) a financial interest (of any kind) in the

23 subject matter in controversy or in a party to the proceeding; or (ii) any other kind of

24 interest that could be substantially affected by the outcome of the proceeding:

25          CCC is a wholly owned subsidiary of CNA Financial Corporation.  CNA

26 Financial Corporation is publicly traded.  The majority of the stock of CNA Financial

27 Corporation is owned by Loews Corporation, which is also publicly traded.  CNA Surety

28

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-IPG\SF376411.1

DEFENDANT'S CERTIFICATION. OF INTERESTED ENTITIES OR PERSONS (NO. C-07-3466-VRW)

1  is an affiliated company, which is publicly traded.

2  Dated: September 21, 2007

CARROLL, BURDICK & McDONOUGH LLP

By /s/ Shay Gilmore
Shay Aaron Gilmore
Attorneys for Defendant
Continental Casualty Company

CARROLL, BURDICK &
McDONOUGH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

CBM-IPG\SF376411.1

-2-

DEFENDANT'S CERTIFICATION. OF INTERESTED ENTITIES OR PERSONS (NO. C-07-3466-VRW)