In the United States District Court
for the Northern District of California
Chief Judge Vaughn R. Walker

CIVIL MINUTES

Date:  November 1, 2007

Case No:  **C- 07-03466 VRW**

Case Name:  **DOROTHY MCGUIRE v. CONTINENTAL CASUALTY COMPANY**

Attorneys:   Pltf: Glenn Kantor     Deft: Alison Lippa, Shey Gilmore

Deputy Clerk:  Lili M. Harrell      Court Reporter: Not reported

**PROCEEDINGS:**                                          **RULING**:

1. Initial Case Management Conference              Held

2.

**ORDERED AFTER HEARING:**  Parties agree to private mediation.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   5/1/2008 at 3:30pm for further case management conference.

**PRETRIAL SCHEDULE:**

Discovery cutoff: 5/30/08
Designation of experts: 9/1/08
Rebuttal experts: 9/15/08
Expert discovery cutoff: 10/1/08
Dispositive Motion filing deadline:
Dispositive Motions hearing date: 8/7/08 at 2:30pm
Pretrial Conference: 9/18/08 at 3:30pm
Trial:  None set   at 8:30 a.m., set for  days.
        [ ] Jury  [ ]  Court

Notes:
cc: