1 Glenn R. Kantor, Esq. State Bar No. 112643
  E-Mail: gkantor@kantorlaw.net
2 Elizabeth Green, Esq. State Bar No. 199634
  E-Mail: egreen@kantorlaw.net
3 KANTOR & KANTOR, LLP
  17216 Parthenia Street
4 Northridge, CA 91325
  TEL: (818) 886-2525
5 FAX: (818) 350-6272

6 Attorneys for Plaintiff,
  DOROTHY MCGUIRE
7

8              UNITED STATES DISTRICT COURT

9
       NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO
10

11 DOROTHY MCGUIRE,                    )    CASE NO: C 07 3466 VRW
                                       )
12            Plaintiff,               )
                                       )
13       VS.                           )    NOTICE OF SETTLEMENT
                                       )
14 CONTINENTAL CASUALTY                )
   COMPANY,                            )
15                                     )
                                       )
            Defendants.                )
16 _____   )

17

18       TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD.

19       PLEASE TAKE NOTICE that the parties have reached a settlement of the above

20 entitled action.  It is anticipated that a Stipulation For Dismissal will be filed within

21 thirty (30) days.

22       The Court is thereby respectfully requested to vacate all court dates.

23

24 DATED:    February 28, 2008          Kantor & Kantor LLP

25
                                        /s/Elizabeth K. Green
26                                      Elizabeth K. Green
                                        Attorneys for Plaintiff,
27                                      Dorothy McGuire

28

                                1

1

## NOTICE OF E-FILING

2

3      I hereby certify that on this 28th day of February 2008, I electronically transmitted

4   the attached document to the Clerk of the Court using the ECF System for filing and

5   transmittal of a notice of electronic filing to the following parties:

6

7      Shay Aaron Gilmore
       e-mail:  Sgilmore@cbmlaw.com
8   CARROLL, BURDICK & MCDONOUGH LLP
    *Attorneys for Defendant*

9

10

                              /s/Denise Anderson
11                            Denise Anderson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28