1  Glenn R. Kantor, Esq. State Bar No. 112643
    e-mail: gkantor@kantorlaw.net
2  Elizabeth Green, Esq. State Bar No. 199634
    e-mail: egreen@kantorlaw.net
3  KANTOR & KANTOR, LLP
   19839 Nordhoff Street
4  Northridge, CA 91324
   Telephone: (818) 886-2525
5  Facsimile:  (818) 350-6272
   **Attorneys for Plaintiff,**
6  **DOROTHY MCGUIRE**

7  Alison V. Lippa, Esq. State Bar No. 169807
    e-mail: alippa@cbmlaw.com
8  Shay Aaron Gilmore, Esq. State Bar No. 217196
    e-mail: sgilmore@cbmlaw.com
9  CARROLL, BURDICK & McDONOUGH LLP
   44 Montgomery Street, Suite 400
10 San Francisco, CA 94104
   Telephone:  (415) 989-5900
11 Facsimile:  (415) 989-0932
   **Attorneys for Defendant,**
12 **CONTINENTAL CASUALTY COMPANY**

13

14

15                    UNITED STATES DISTRICT COURT

16          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

17

18 DOROTHY MCGUIRE,                    )   CASE NO: C 07 3466 VRW
                                       )
19          Plaintiff,                 )
                                       )   STIPULATION FOR DISMISSAL OF
20      VS.                            )   ACTION WITH PREJUDICE
                                       )
21 CONTINENTAL CASUALTY                )
   COMPANY,                            )
22                                     )
            Defendant.                 )
23 _____  )

24

25

26

27

28

                                1

1     Following settlement of this matter, Plaintiff and Defendant, by and through

2  their respective counsel of record, hereby stipulate that this action shall be dismissed

3  with prejudice, each party to bear their own costs, expenses and attorney's fees.

4

5  DATED:  April 16, 2008       KANTOR & KANTOR LLP

6

7                      Elizabeth K. Green

8                      Attorneys for Plaintiff,
                        Dorothy McGuire

9

10  DATED:  April 16, 2008      CARROLL, BURDICK & McDONOUGH LLP

11

12                      Alison V. Lippa

13                      Shay Aaron Gilmore
                      Attorneys for Defendant
                      CONTINENTAL CASUALTY COMPANY

14

15

16  **IT IS SO ORDERED.**

17     Pursuant to the stipulation of the parties, the above entitled action is dismissed

18  with prejudice.

19

20  DATED:  _____

21                      Chief Judge Vaughn R. Walker
                      United States District Court Judge

22

23

24

25

26

27

28