Glenn R. Kantor, Esq. State Bar No. 112643
  e-mail: gkantor@kantorlaw.net
Elizabeth Green, Esq. State Bar No. 199634
  e-mail: egreen@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272
**Attorneys for Plaintiff,**
**DOROTHY MCGUIRE**

Alison V. Lippa, Esq. State Bar No. 169807
  e-mail: alippa@cbmlaw.com
Shay Aaron Gilmore, Esq. State Bar No. 217196
  e-mail: sgilmore@cbmlaw.com
CARROLL, BURDICK & McDONOUGH LLP
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  (415) 989-5900
Facsimile:   (415) 989-0932
**Attorneys for Defendant,**
**CONTINENTAL CASUALTY COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| DOROTHY MCGUIRE,<br><br>        Plaintiff,<br><br>    VS.<br><br>CONTINENTAL CASUALTY COMPANY,<br><br>        Defendant. | CASE NO: C 07 3466 VRW<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE |

1

Following settlement of this matter, Plaintiff and Defendant, by and through their respective counsel of record, hereby stipulate that this action shall be dismissed with prejudice, each party to bear their own costs, expenses and attorney's fees.

DATED: April 16, 2008        KANTOR & KANTOR LLP

_____
Elizabeth K. Green
Attorneys for Plaintiff,
Dorothy McGuire

DATED: April 16, 2008        CARROLL, BURDICK & McDONOUGH LLP

_____
Alison V. Lippa
Shay Aaron Gilmore
Attorneys for Defendant
CONTINENTAL CASUALTY COMPANY

**IT IS SO ORDERED.**

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.

DATED: April 22, 2008

_____
Chief Judge Vaughn R. Walker
United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker

2